**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**V.**

**JOSEPH VINCENT LAMKIN,**
**Defendant.**

**CRIMINAL NO. 5:25-80-KKC-MAS-1**

**ORDER**

*** *** ***

This matter was referred to Magistrate Judge Stinnett for the purpose of conducting rearraignment proceedings for the above Defendant. After conducting those proceedings, Judge Stinnett filed a recommendation (R. 46.) that the Court accept the Defendant's guilty plea and that the defendant be adjudged guilty of Counts 1, 9, and 17 of the indictment (R. 1.) in this matter. Judge Stinnett also recommended this Court adjudge the Defendant's interest in the property listed in the forfeiture allegation of the indictment forfeited. No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution.

Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (R. 46.) and ACCEPTS the Defendant's guilty plea; and
2) The Defendant is ADJUDGED GUILTY of Counts 1, 9, and 17 of the indictment (R. 1.).
3) The Defendant's interest in the property listed in the forfeiture allegation of the indictment is FORFEITED.

This 2nd day of November, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**